**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LOUIS PISTOLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:19-cv-01185-SMY |
| ) | |
| AMEREN, ) | |
| ) | |
| Defendant. ) | |

**ENTRY OF APPEARANCE**

COMES NOW Rachel S. Kim, of Jackson Lewis P.C., and hereby enters her appearance on behalf of Defendant Ameren Corporation.

Respectfully submitted,

*/s/Rachel S. Kim*
Carrie L. Kinsella, #6283318IL
Rachel S. Kim, #6331994IL
JACKSON LEWIS P.C.
222 S. Central Avenue, Suite 900
St. Louis, MO  63105
Phone: (314) 827-3939
Fax: (314) 827-3940
carrie.kinsella@jacksonlewis.com
rachel.kim@jacksonlewis.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 21st day of January, 2020, the foregoing was filed electronically with the Clerk of Court using the Court's CM/ECF system and that a true and correct copy of the foregoing document was served via regular U.S. mail, postage paid, to the following CM/ECF non-participant:

Louis Pistolis
12332 Ace Lane
Sturgis, SD  57785

*Plaintiff Pro Se*

                                                                 */s/Rachel S. Kim*

4837-5566-5842, v. 1